DAWN SESTITO (S.B. #214011)
dsestito@omm.com
JONATHAN SCHNELLER (S.B. # 291288)
jschneller@omm.com
LAUREN KAPLAN (S.B. #294703)
lkaplan@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, California 90071-2899
Telephone:    (213) 430-6000
Facsimile:    (213) 430-6407

*Counsel for Plaintiff Exxon Mobil Corporation*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXXON MOBIL CORPORATION,<br><br>                    Plaintiff,<br><br>          v.<br><br>LAUREN SANCHEZ, in her official capacity as Chair of the California Air Resources Board, STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board, MATTHEW BOTILL, in his official capacity as Division Chief of the Industrial Strategies Division of the California Air Resources Board, SYDNEY VERGIS, in her official capacity as Assistant Division Chief of the Industrial Strategies Division of the California Air Resources Board, and ROBERT A. BONTA, in his official capacity as Attorney General of California,<br><br>                    Defendants. | Case No.<br><br>**PLAINTIFF EXXON MOBIL CORPORATION'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Plaintiff Exxon Mobil Corporation ("ExxonMobil") certifies that ExxonMobil is a publicly traded corporation and it has no corporate parent. No publicly held corporation owns 10% or more of ExxonMobil's stock.

Dated: October 24, 2025        Respectfully submitted,

*/s/ Jonathan Schneller*
DAWN SESTITO (S.B. #214011)
JONATHAN SCHNELLER (S.B. # 291288)
LAUREN KAPLAN (S.B. #294703)
400 South Hope Street, 19th Floor
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
dsestito@omm.com
jschneller@omm.com
lkaplan@omm.com

*Counsel for Plaintiff Exxon Mobil Corporation*